WILLARD STOCKWEATHER, Respondent, v. OSCAR C. BUCK, Individually and Doing Business as O. C. BUCK EXPOSITIONS, et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *post,* p. 1022.]

LANSING MARACLE, Appellant, v. WALSH CONSTRUCTION Co. et al., Respondents.— Order reversed on the law, with $10 costs and disbursements, and motion denied, with $10 costs. (See *Hatch* v. *Cherry-Burrell Corp.,* 274 App. Div. 234, and *Weingarten* v. *Cohen,* 275 App. Div. 253, affd. 300 N. Y. 528.) All concur. (Appeal from an order granting defendants' motion to dismiss plaintiff's complaint.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [ [See *post,* p. 1043.]

JOANNE L. IVEY, an Infant, by LOUISE I. VIEIRA, Her Guardian ad Litem, Appellant, v. NEW YORK TELEPHONE COMPANY et al., Respondents.— Appeal dismissed for lack of jurisdiction, without costs. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

STATE DEPARTMENT OF PUBLIC WORKS, Appellant, v. DELAWARE, LACKAWANNA & WESTERN COAL COMPANY, Respondent.— Order and judgment modified pursuant to stipulation and as modified affirmed, without costs of this appeal to either party. All concur. (Appeal from order and judgment confirming the report of the commissioners of appraisal and awarding damages for the taking of property belonging to defendant.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the Application of the ERIE COUNTY BAR ASSOCIATION for Disciplinary Action against an Attorney.— Application for an adjournment of motion to confirm report of the Official Referee granted on condition respondent's brief be filed and served on or before June 15, 1951; petitioner's brief to be filed on or before July 2, 1951, and oral argument set down for July 10, 1951. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.